UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Martin PENA–GOMEZ, Defendant–Appellant.

No. 13–40925
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 11, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Juan Martin Pena–Gomez, Raymondville, TX, pro se.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Pena–Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Pena–Gomez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR.R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR.R. 47.5.4.